BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
(at@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

GREGORY E. KELLER (Admitted *Pro Hac Vice*)
(gkeller@chitwoodlaw.com)
DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
(dkaplan@chitwoodlaw.com)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Fascimile: (404) 876-4476

PATRICK MCNICHOLAS, SBN 125868
(pmc@mcnicholaslaw.com)
MCNICHOLAS & MCNICHOLAS
10866 Wilshire Boulevard, #1400
Los Angeles, California 90024
Telephone: (310) 474-1582
Fascimile: (310) 475-7871

Attorneys for Plaintiff
and the Proposed Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| KELSEA BAGGETT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO. SA CV 07-667 AG (RNB)<br>HON. ANDREW J. GUILFORD<br><br>**DECLARATION OF RICHARD L. KELLNER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing<br>Date: April 27, 2009<br>Time: 10:00 a.m.<br>Courtroom: 5 |

DECLARATION OF RICHARD L. KELLNER ISO PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION (SA CV 07-00667 AG (RNB))

## DECLARATION OF RICHARD L. KELLNER

I, Richard L. Kellner declare as follows:

1. I am over the age of 18 and a resident of California. I make this declaration of my personal and first-hand knowledge, and, if called and sworn as a witness, I would and could testify competently hereto.

2. I am an attorney admitted to practice in the state California and this court. I am a partner at the law firm of Kabateck Brown Kellner LLP and I am one of the attorneys representing plaintiff Kelsea Baggett ("Plaintiff") in this action.

3. Attached hereto as Exhibit "1" is a table prepared by Plaintiff's counsel which lists the Hewlett-Packard Color LaserJet printer models that comprise the Nationwide Class and California Subclass.

4. Attached hereto as Exhibit "2" are true and correct copies of print-outs from the publically available website of defendant Hewlett-Packard Company ("HP"), which can be accessed at http://www.hp.com. These print-outs list the prices of the toner cartridges for the Hewlett-Packard Color LaserJet printer models that comprise the Nationwide Class and California Subclass. These pages were accessed and printed by Plaintiff's counsel on November 19, 2008. Many cartridges are compatible with more than one model of printer and in such cases the relevant webpage was only printed once. The first page of Exhibit "2" is a table prepared by Plaintiff's counsel summarizing the price for a black toner cartridge and each color toner cartridge for each Hewlett-Packard Color LaserJet printer model within the Nationwide Class and California Subclass.

5. Attached hereto as Exhibit "3" is a summary prepared by Plaintiff's counsel detailing the messages provided on the control panel of each Hewlett-Packard Color LaserJet printer model that comprise the Nationwide Class and California Subclass and the explanation of that message as provided in the User's Guide for that model. Unless otherwise indicated, the information provided in the

— 2 —

table under the "Control Panel Message" and "Explanation in User Guide" columns are verbatim quotes taken from the User's Guide the relevant Color LaserJet printer model.

6. Attached hereto as Exhibit "4" is a true and correct copy of an excerpt of the User's Guide for the CLJ 1500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0005611.

7. Attached hereto as Exhibit "5" is a true and correct copy of an excerpt of the User's Guide for the CLJ 2500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0006649.

8. Attached hereto as Exhibit "6" is a true and correct copy of an excerpt of the User's Guide for the CLJ 2550 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0006474.

9. Attached hereto as Exhibit "7" is a true and correct copy of an excerpt of the User's Guide for the CLJ 2820 AIO, CLJ 2830 AIO, and the CLJ 2840 AIO as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0005739.

11. Attached hereto as Exhibit "8" is a true and correct copy of an excerpt of the User's Guide for the CLJ 3500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0007047.

12. Attached hereto as Exhibit "9" is a true and correct copy of an excerpt of the User's Guide for the CLJ 3550 and CLJ 3700 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0006799.

13. Attached hereto as Exhibit "10" is a true and correct copy of an excerpt of the User's Guide for the CLJ 4500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0002045.

14. Attached hereto as Exhibit "11" is a true and correct copy of an excerpt of the User's Guide for the CLJ 4550 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0002505.

15. Attached hereto as Exhibit "12" is a true and correct copy of an excerpt of the User's Guide for the CLJ 4600 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0002776.

16. Attached hereto as Exhibit "13" is a true and correct copy of an excerpt of the User's Guide for the CLJ 4610 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0007297.

17. Attached hereto as Exhibit "14" is a true and correct copy of an excerpt of the User's Guide for the CLJ 4650 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0007849.

18. Attached hereto as Exhibit "15" is a true and correct copy of an excerpt of the User's Guide for the CLJ 5500 as downloaded by Plaintiff's counsel from HP publically available website at www.hp.com because the User's Guide for CLJ 5500 was not included in HP's document production. The User's Guide for the CLJ 5500 was last accessed by Plaintiff's counsel on November 22, 2008 at: http://bizsupport1.austin.hp.com/bc/docs/support/SupportManual/bpl12798/bpl12798.pdf

19. Attached hereto as Exhibit "16" is a true and correct copy of an excerpt of the User's Guide for the CLJ 5550 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0013110.

20. Attached hereto as Exhibit "17" is a true and correct copy of an excerpt of the User's Guide for the CLJ 8500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0008123.

21. Attached hereto as Exhibit "18" is a true and correct copy of is a true and correct copy of an excerpt of the User's Guide for the CLJ 8550 and 8550MFP

— 4 —

as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0008407.

22. Attached hereto as Exhibit "19" is a true and correct copy of of an excerpt of the User's Guide for the CLJ 9500 as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0004055.

23. Attached hereto as Exhibit "20" is a true and correct copy of an excerpt of the User's Guide for the CLJ 9500MFP as produced by HP in this litigation. The document begins at Bates number HPBAGGETT0003703.

24. Attached hereto as Exhibit "21" is a true and correct copy of the Court's October 30, 2007 Order Denying in Part and Granting in Part Defendant's Motion to Dismiss Plaintiff's Class Action Complaint.

25. Attached hereto as Exhibit "22" is a true and correct copy of the Court's Ruling Re: Plaintiffs' Motion for Class Certification in the *Epson Cartridge Cases*, L.A.S.C. Case No. BC293641, granting plaintiffs' motion to certify a national class.

26. Attached hereto as Exhibit "23" is a summary prepared by Plaintiff's counsel of all 50 states' law with respect to Conversion.

27. Attached hereto as Exhibit "24" is a summary prepared by Plaintiff's counsel of all 50 states' law with respect to Trespass to Chattels.

28. Attached hereto as Exhibit "25" is a summary prepared by Plaintiff's counsel of all 50 states' law with respect to Fraud by Omission or Concealment.

29. Attached hereto as Exhibit "26" is a true and correct copy of the firm resume of Kabateck Brown Kellner LLP.

30. Attached hereto as Exhibit "27" s a true and correct copy of the firm resume of Chitwood Harley Harnes LLP.

— 5 —

31. Attached hereto as Exhibit "28" is a true and correct copy of the Declaration of Patrick McNicholas detailing the experience of McNicholas & McNicholas, LLP.

32. Attached hereto as Exhibit "29" is a true and correct copy of an excerpt of the transcript of the deposition of Shell Simpson taken on October 22, 2008.

33. Attached hereto as Exhibit "30" is a true and correct copy of an excerpt of the transcript of the deposition of Darius Bookholdt taken on October 23, 2008 and October 24, 2008.

34. Attached hereto as Exhibit "31" is a true and correct copy of a document produced by HP in this litigation listing the printer shipments and toner cartridge shipments for Hewlett-Packard Color LaserJet printer models that comprise the Nationwide Class and California Subclass.

35. Attached hereto as Exhibit "32" is a true and correct copy of a document beginning with Bates number HPBAGGETT0024108 produced by HP in this litigation.

36. Attached hereto as Exhibit "33" is a true and correct copy of a document beginning with Bates number HPBAGGETT0031164 produced by HP in this litigation.

37. Attached hereto as Exhibit "34" is a true and correct copy of a document beginning with Bates number HPBAGGETT0083377 produced by HP in this litigation.

38. Attached hereto as Exhibit "35" is a true and correct copy of a document beginning with Bates number HPBAGGETT0051381 produced by HP in this litigation.

DECLARATION OF RICHARD L. KELLNER ISO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (SA CV 07-00667 AG (RNB))

1  39.  Attached hereto as Exhibit "36" is a true and correct copy of a document beginning with Bates number HPBAGGETT0070493 produced by HP in this litigation.

40.  Attached hereto as Exhibit "37" is a true and correct copy of a document beginning with Bates number HPBAGGETT0072671 produced by HP in this litigation.

41.  Attached hereto as Exhibit "38" is a true and correct copy a document beginning with Bates number HPBAGGETT0084243 produced by HP in this litigation.

42.  Attached hereto as Exhibit "39" is a true and correct copy of a document beginning with Bates number HPBAGGETT0241983 produced by HP in this litigation.

43.  Attached hereto as Exhibit "40" is a true and correct copy of a document beginning with Bates number HPBAGGETT0052229 produced by HP in this litigation.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on November 24, 2008 in Los Angeles, California.

_____
Richard L. Kellner

— 7 —

DECLARATION OF RICHARD L. KELLNER ISO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (SA CV 07-00667 AG (RNB))