```
           CLERK, U.S. DISTRICT COURT
              NOV - 2 2009
         CENTRAL DISTRICT OF CALIFORNIA
         BY                       DEPUTY
```

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| KELSEA BAGGETT, On Behalf Of Himself And All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Defendant. | Case No. SA CV 07-00667 AG (RNB)<br><br>~~[PROPOSED]~~ JUDGMENT<br><br>Hearing:<br><br>Date:　June 8, 2009<br>Time:　10:00 am<br>Dept:　10D (Hon. Andrew J. Guilford)<br><br>Complaint Filed:　June 6, 2007<br>Trial:　　　　　　June 1, 2010 |

1  This action came on for hearing before the Court on June 8, 2009, the
2  Honorable Andrew Guilford, District Judge Presiding, on the motion of Defendant
3  Hewlett-Packard Company ("Defendant") for summary judgment.
4  The evidence presented having been fully considered, the issues having been
5  duly heard and a decision having been duly rendered granting the motion, IT IS
6  HEREBY ORDERED AND ADJUDGED that Plaintiff Kelsea Baggett ("Plaintiff")
7  take nothing, that judgment on the merits is hereby entered in favor of Defendant
8  and against Plaintiff on all of Plaintiff's claims, and that Plaintiff's Complaint is
9  dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: Nov 2, 2009

_____
The Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE