KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 1714146
(rlk@kbklawyers.com)
KAREN LIAO, SBN 256072
(kliao@kbklawyers.com)
644 South Figueroa Street
Los Angeles, CA 90017
Tel:  (213) 217-5000
Fax: (213) 217-5010

CHITWOOD HARLEY HARNES LLP
GREGORY E. KELLER (admitted *Pro Hac Vice*)
(gkeller@chitwoodlaw.com)
DARREN T. KAPLAN (admitted *Pro Hac Vice*)
(dtkaplan@chitwoodlaw.com)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel:  (404) 873-3900
Fax: (404) 876-4476

Attorneys for Plaintiffs and
the Preliminarily Certified Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HP LASER PRINTER LITIGATION | **CASE NO. SA CV 07-0667**<br><br>HON. ANDREW J. GUILFORD<br><br>**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S *EX PARTE* APPLICATION FOR AN ORDER REQUIRING OBJECTOR MICHAEL A. VLASTONE TO APPEAR FOR DEPOSITION** |

1  Upon consideration of class counsel's *ex parte* application for an order requiring
2  objector Michael A. Vlastone to appear for a deposition and good cause having been
3  shown, the Court hereby grants Class Counsel's Application and orders Michael A.
4  Vlastone to appear for a deposition to take place in the County of San Francisco,
5  California.

**IT IS SO ORDERED.**

Dated: _____

Hon. Andrew J. Guilford
United States District Judge

---

– 1 –

**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S EX PARTE APPLICATION FOR AN ORDER
REQUIRING MICHAEL A. VLASTONE TO APPEAR FOR DEPOSITION (CASE NO. CV-07-0667 AG)**