KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 1714146
(rlk@kbklawyers.com)
644 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

CHITWOOD HARLEY HARNES LLP
GREGORY E. KELLER (admitted *Pro Hac Vice*)
(gkeller@chitwoodlaw.com)
DARREN T. KAPLAN (admitted *Pro Hac Vice*)
(dtkaplan@chitwoodlaw.com)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

Attorneys for Plaintiffs and
the Preliminarily Certified Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HP LASER PRINTER LITIGATION | **CASE NO. SA CV 07-0667**<br><br>HON. ANDREW J. GUILFORD<br><br>**DECLARATION OF RICHARD L. KELLNER IN SUPPORT OF KELSEA BAGGETT'S SUPPLEMENTAL ARGUMENTS IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT** |

# DECLARATION OF RICHARD L. KELLNER

I, Richard L. Kellner, declare as follows:

1. I am a partner at Kabateck Brown Kellner LLP ("KBK") and one of the attorneys of record for plaintiffs and the preliminarily certified class in *re HP Laser Printer Litigation*. I have personal knowledge of the matters set forth below and submit this declaration in support of Plaintiff and Class Representative Kelsea Baggett's Supplemental Arguments in Support of Final Approval of Class Settlement.

2. Even though Class Counsel previously provided documentation of their rates and the hours spent by individual attorneys on this case, an additional copy of the supporting declarations and the hourly rate charts are attached as follows for the Court's consideration:

- Exhibit A: Declaration of Darren T. Kaplan;
- Exhibit B: Declaration of Richard L. Kellner;
- Exhibit C: Declaration of Jim S. Calton, Jr.;
- Exhibit D: Declaration of Kristen Law Sagafi; and
- Exhibit E: Declaration of Patrick McNicholas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 22nd day of February 2011 in Los Angeles, California.

                                           */s/Richard L. Kellner*
                                           RICHARD L. KELLNER