Kristen Law Sagafi (State Bar No. 222249)
ksagafi@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: HP LASERJET PRINTER LITIGATION;<br><br>KELSEA BAGGETT and JAMES YOUNG, individually and on behalf of all those similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, and Does 1 through 50,<br><br>    *Defendants*. | Case No. SACV 07-667-AG(RNBx)<br><br>**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR JAMES YOUNG** |

    This matter came to be heard upon an application to withdraw as counsel, pursuant to L.R. 83-2.9.2.1, brought by Lieff Cabraser Heimann & Bernstein, LLP, counsel for Plaintiff James Young in the above-captioned matter. After consideration thereof, it is hereby ORDERED AND ADJUDGED as follows:

    1.    Lieff Cabraser Heimann & Bernstein, LLP has appeared for Plaintiff Young as a signatory to the Complaint filed in this matter. (Dkt. 1)

    2.    Lieff Cabraser Heimann & Bernstein, LLP is not among the firms designated as Class Counsel in this Court's October 12, 2010 Order

Preliminarily Approving Class Action Settlement, Consolidating Cases for Settlement Purposes, Provisionally Certifying a Nationwide Settlement Class, Approving Proposed Notice, and Scheduling Fairness Hearing. (Dkt. 219)

3. Plaintiff Young and the Class in this matter continue to be represented by designated Class Counsel: Kabateck Brown Kellner, LLP; Chitwood, Harley Harnes LLP; and McNicholas & McNicholas.

4. No Plaintiff or Class member will be prejudiced by Lieff Cabraser Heimann & Bernstein, LLP's withdrawal of appearance.

5. Lieff Cabraser Heimann & Bernstein, LLP waives its right to any portion of attorneys' fees and costs that may be awarded to Class Counsel in connection with this case.

6. Lieff Cabraser Heimann & Bernstein, LLP has complied with L.R. 7-3.

7. Lieff Cabraser Heimann & Bernstein, LLP's withdrawal of its appearance for Plaintiff Young is proper under California Rules of Professional Conduct, Rule 3-700.

Accordingly, Lieff Cabraser Heimann & Bernstein, LLP's application to withdraw as counsel for Plaintiff James Young is hereby GRANTED.

Dated: February 23, 2011

_____
Andrew Guilford
U.S. District Court Judge