**FILED**

UNITED STATES COURT OF APPEALS

NOV 21 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELSEA BAGGETT, on behalf of himself and all others similarly situated,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>GARY W. SIBLEY,<br><br>  Objector - Appellant. | No. 11-56709<br><br>D.C. No. 8:07-cv-00667-AG-RNB<br>Central District of California,<br>Santa Ana<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 2 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The appellant's motion for voluntary dismissal of the case under Fed. R. App. P. 42(b) is granted.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
 and Ninth Circuit 27-10

11.14.11/cag/Pro Mo